IN RE: Frank E. VOTH, Petitioner

No. 16–1797

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R. App. P. May 12, 2016

(Opinion filed: June 1, 2016)

Frank E. Voth, Pro Se.

Before: AMBRO, SHWARTZ, and NYGAARD, Circuit Judges

OPINION *

PER CURIAM

Frank E. Voth filed a petition for a writ of mandamus seeking an order directing the District Court to rule on his motion for leave to proceed in forma pauperis. The District Court granted that motion on

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

April 28, 2016. Thus, because Voth has received all of the relief he requested, his petition is moot and we will dismiss it on that basis. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698–99 (3d Cir. 1996).